

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Raylon Eugene Smith,                 * From the 104th District
                                        Court of Taylor County,
                                        Trial Court No. 18343B.

Vs. No. 11-13-00315-CR            * February 27, 2014

The State of Texas,                  * Per Curiam Memorandum Opinion
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has considered Raylon Eugene Smith's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.